**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

**In Re DMCA Subpoena to Google LLC**                            :
                                                                 :
                                                                 :
                                                                 :    **Case No. 7:25-mc-554**
                                                                 :
                                                                 :    **RULE 7.1 DISCLOSURE**
                                                                 :    **STATEMENT**
                                                                 :
                                                                 :
---------------------------------------------------------------------- X

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Petitioner Watch Tower Bible and Tract Society of Pennsylvania, a private non-governmental party, certifies that:

Watch Tower Bible and Tract Society of Pennsylvania has no parent corporation, and there is no publicly held corporation that owns 10% or more shares of its stock. Further, it has no subsidiaries or affiliates that have issued shares to the public.

In Lawrenceville, Georgia this 4th day of December 2025.

Respectfully submitted,

/s/ Melanie Baptiste-Jean Noel
Melanie Baptiste-Jean Noel, Esq.
SDNY Bar No. MN9573
MBJN Law
925 Cripple Creek Dr., Suite 400
Lawrenceville, GA 30043
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
*Attorney for Petitioner Watch Tower Bible and Tract*
*Society of Pennsylvania*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


I hereby certify that on December 4, 2025, I electronically filed the foregoing Petitioner's

Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system.


Lawrenceville, GA, December 4, 2025.

<u>/s/ Melanie Baptiste-Jean Noel</u>
Melanie Baptiste-Jean Noel, Esq.
SDNY Bar No. MN9573
MBJN Law
925 Cripple Creek Dr., Suite 400
Lawrenceville, GA 30043
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
*Attorney for Petitioner Watch Tower Bible and Tract Society of Pennsylvania*

2