UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

In Re DMCA Subpoena to Google, LLC     X    Case No. __7:25-mc-554_____

Declaration of Melanie Baptiste-Jean Noel in Support of Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Google, LLC, Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringer

X

**MELANIE BAPTISTE-JEAN NOEL**, counsel of record for Petitioner Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") in the above-referenced matter, hereby declares as follows:

1. I am authorized to act on behalf of Watch Tower.
2. I submit this declaration in support of Watch Tower's request for issuance to Google, LLC of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) (hereinafter "DMCA Subpoena"), to identify the user responsible for posting Watch Tower's copyrighted content to the following link: https://drive.google.com/file/d/1JWZ6LH4RTOeXC6spFST2vok8nPySsnNk/view.
3. Pursuant to 17 U.S.C. § 512 (c)(3)(A), Watch Tower submitted notifications to Google, LLC identifying the infringing content posted by the aforementioned user and providing the information required by 17 U.S.C. § 512 (c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Exhibit 1.
4. The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Watch Tower's rights under title 17 U.S.C. §§ 100, *et. seq*.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct. Executed this 4th day of December 2025.

Melanie Baptiste-Jean Noel, Esq.
SDNY Bar No. MN9573

MBJN Law
925 Cripple Creek Dr., Suite 400
Lawrenceville, GA 30043
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
*Attorney for Petitioner Watch Tower Bible and Tract Society of Pennsylvania*